IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES DERSAM                                                                                    PLAINTIFF

v.                                  Civil No. 4:20-cv-04008

DR. MELANIE JONES                                                                          DEFENDANTS

**ORDER**

Plaintiff James Dersam filed this case *pro se* pursuant to 42 U.S.C. § 1983 on January 13, 2020. Before the Court is Plaintiff's Motion for Default Judgment against Defendant Dr. Melanie Jones. (ECF No. 17). The Court finds no response from Defendant Jones is necessary to rule on the motion.

In his motion Plaintiff states "as of May 19th 2020 I have never received an answer. So there for Im asking the Judge to grant me 275, 305…in pain and suffering and 350 for filing fees…". *Id.* However, the Court's docket reveals Defendant Jones was not served with a summons and the Complaint until April 28, 2020. (ECF No. 14). On May 18, 2020, Defendant Jones filed a timely Answer. (ECF No. 16).

Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 17) is **DENIED.**

**IT IS SO ORDERED** this **29th day of May 2020**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE